UNITED STATES  DISTRICT COURT

Northern District of California

San Francisco Division

CRAIG YATES,

               Plaintiff,

   v.

BASHFUL BULL RESTAURANT, et al.,

               Defendants.

_____/

No. C 11-06651 LB

**ORDER TO SHOW CAUSE RE:
FAILURE TO PROSECUTE**

Plaintiff filed a complaint against Defendants on December 27, 2011.  Complaint, ECF No. 1. Defendants answered the complaint on August 7,2012.  Answer, ECF No. 8.  Since then, this action has come to a standstill.  *See generally* Docket.  The deadlines for this ADA case also have passed. See ADA Scheduling Order, ECF No. 3.

Accordingly, the court **ORDERS** Plaintiff to show cause why this action should be dismissed for failure to prosecute.  Plaintiff **SHALL** do so by filing a written response no later than Thursday, January 17, 2013.  The court **SETS** a show cause hearing for Thursday, February 7, 2013 at 11:00 a.m. in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102.

**IT IS SO ORDERED.**

Dated: January 7, 2013

_____
LAUREL BEELER
United States Magistrate Judge