UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| CRAIG YATES, | No. C 11-06651 LB |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE** |
| v. | |
| BASHFUL BULL RESTAURANT, et al., | |
| Defendants. | |

Plaintiff filed a complaint against Defendants on December 27, 2011. Complaint, ECF No. 1. Defendants answered the complaint on August 7, 2012. Answer, ECF No. 8. Since then, this action has come to a standstill. *See generally* Docket. The deadlines for this ADA case also have passed. See ADA Scheduling Order, ECF No. 3.

Accordingly, the court **ORDERS** Plaintiff to show cause why this action should be dismissed for failure to prosecute. Plaintiff **SHALL** do so by filing a written response no later than Thursday, January 17, 2013. The court **SETS** a show cause hearing for Thursday, February 7, 2013 at 11:00 a.m. in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102.

**IT IS SO ORDERED.**

Dated: January 7, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 11-06651 LB
ORDER TO SHOW CAUSE