UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| CRAIG YATES,<br><br>                Plaintiff,<br>    v.<br>BASHFUL BULL RESTAURANT, et al.,<br><br>                Defendants.<br>_____/ | No. C 11-06651 LB<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE, VACATING ORDER TO SHOW CAUSE HEARING, AND SETTING CASE MANAGEMENT CONFERENCE** |

    Plaintiff filed a complaint against Defendants on December 27, 2011. Complaint, ECF No. 1. Defendants answered the complaint on August 7, 2012. Answer, ECF No. 8. Since then, this action has come to a standstill. *See generally* Docket. The deadlines for this ADA case also have passed. *See* ADA Scheduling Order, ECF No. 3.

    On January 7, 2013, the court ordered Plaintiff to show cause why this action should not be dismissed for failure to prosecute. Order to Show Cause, ECF No. 13. It also set a show cause hearing for February 7, 2013. *Id*. The hearing was later continued to February 21, 2013.

    On February 20, 2013, Plaintiff responded to the order to show cause. Response, ECF No. 16. Plaintiff states that he submitted a demand to Defendants but has not received a response. *Id*. at 2. Plaintiff also states that the case has been assigned to a mediator, although it is unclear whether a mediation will take place, and if so, when. *See id*.

    Nevertheless, in light of Plaintiff's representations, the court **DISCHARGES** the order to show cause, **VACATES** the order to show cause hearing set for February 21, 2013, and **SETS** an initial

case management conference for April 11, 2013 at 10:30 a.m. in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102. The parties **SHALL** file a joint case management conference statement no later than April 4, 2013.

**IT IS SO ORDERED.**

Dated: February 20, 2013

_____
LAUREL BEELER
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

C 11-06651 LB
ORDER